In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title to the Lands, Tenements and Hereditaments Required for the Opening of Rochester Avenue from East New York Avenue to the Former City Line of the City of Brooklyn, in the Twenty-ninth Ward of the Borough of Brooklyn, in the City of New York. THE CITY OF NEW YORK and THE COMPTROLLER OF THE CITY OF NEW YORK, Respondents; LIBBY KUHNBERG and SARAH C. SCHREIBER, Appellants.* — Order in so far as it denies petitioners' motion to direct payment of award as to damage parcel No. 23 affirmed, without costs. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur. In so far as it denies the motion to direct payment of award as to damage parcel No. 24, the order is reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, without costs. Lazansky, P. J., Young, Hagarty and Tompkins, JJ., concur; Carswell, J., dissents and votes to affirm the order as to that parcel. In our opinion, the city was required by section 1002█ of its charter to pay into the Supreme Court these awards to unknown owners. This was not done. If the law had been complied with, the moneys would then become trust funds, and the presumption of payment under section 44 of the Civil Practice Act would not arise. As to damage parcel No. 23, appellants have not proven ownership of the award — there was no assignment of the award to them. Though the quitclaim deed given them purported to convey not only the portion of the premises owned by the grantors, but also the portion previously acquired by the city, and although the deed contained the usual appurtenance clause, this is not sufficient to indicate an intention on the part of the grantors to assign the award for that part of the premises taken.

In the Matter of the Petition of CAROLINE VON DER LIN and SIMON J. VON DER LIN to Vacate the Decree Admitting to Probate the Last Will and Testament of KARL, also Known as CARL HEIDINGER, Deceased, and Revoke the Letters Testamentary Issued Thereon to CORN EXCHANGE BANK TRUST COMPANY. CAROLINE VON DER LIN and SIMON J. VON DER LIN, Appellants; CORN EXCHANGE BANK TRUST COMPANY, as Executor, etc., of KARL HEIDINGER, Also Known as CARL HEIDINGER, Deceased, Respondent.— Order of the Surrogate's Court of Richmond county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

In the Matter of the Application of JEAN BROWN JENNINGS, OLIVER B. JENNINGS and JEANNETTE J. TAYLOR, Executor and Executrices and Trustees under the Last Will and Testament of WALTER JENNINGS, Deceased, and Another, Petitioners, for Certiorari Order to WILLIAM WATT, Supervisor of the Town of Huntington, and Others, Respondents.‡ — Determination of the town board of the town of Huntington unanimously confirmed and certiorari proceeding dismissed, with fifty dollars costs and disbursements, upon the authority of Tiffany v. Town of Oyster Bay (209 N. Y. 1), and on the further ground that any different holding upon the further facts in this case would involve a change of the boundary line between the counties, which can be done only by act of the Legislature. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

* Affd., 264 N. Y. 607.

‡ Revd., 264 N. Y. 306.